UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 10 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 17CR 546 |
| vs. ) | |
| ) | Violation: Title 26, United States Code, Section 7206(2) |
| MICHAEL MILLER ) | |

JUDGE AMY ST. EVE

MAGISTRATE JUDGE GILBERT

## INFORMATION

The ACTING UNITED STATES ATTORNEY charges:

On or about February 1, 2013 at Blue Island, in the Northern District of Illinois, Eastern Division, and elsewhere,

MICHAEL MILLER,

defendant herein, willfully aided and assisted in the preparation and presentation to the Internal Revenue Service of the United States Individual Income Tax Return (Form 1040 with schedules and attachments) for calendar year 2012 on behalf of Taxpayer DE, which, as MILLER knew, was false and fraudulent as to a material matter, namely:

    a.    On Form 1040, Line 12, and Schedule C, Line 31, that Taxpayer DE incurred losses of $26,030 as a proprietor of a child daycare business;

    b.    On Form 1040, Line 62, and attached Forms W-2, Box 2, that $9,876 of Federal income tax was withheld for Taxpayer DE;

    c.    On Form 1040, Line 40, and Schedule A, Line 29, that Taxpayer DE was entitled to $10,927 in deductions;

   d. On Form 1040, Line 64a, and Form 8812, that Taxpayer DE was entitled to Earned income credits of $2,228; and

   e. On Form 1040, Line 73, that Taxpayer DE had overpaid her federal taxes in the amount of $12,656 and was entitled to a refund of that amount;

in violation of Title 26, United States Code, Section 7206(2).

_Joel R. Levin by Ronald DeWald_
ACTING UNITED STATES
ATTORNEY