| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No.: 17 CR 546 |
| MICHAEL MILLER | |

**FILED**
OCT 11 2017
10 - 11 - 2017
JUDGE AMY ST. EVE
United States District Court

## WAIVER OF INDICTMENT

I, MICHAEL MILLER, the above named defendant, who is accused of aiding and assisting in the preparation of false and fraudulent tax returns presented , in violation of Title 26, United States Code, Section 7206(2), being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on, October 11, 2017, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
MICHAEL MILLER
Defendant

_____
ROBERT CLARKE
Attorney for Defendant